UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
ADOLFO MENDEZ-NOUEL,             :
                :
          Plaintiff,           :         25-CV-5439 (JAV) (HJR)
                :
    -v-                       :         <u>ORDER</u>
                :
MICHELLE RODRIGUEZ, et al.,        :
                :
         Defendants.        :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As this case was filed by a Pro Se Plaintiff, it is subject to Chief Judge Swain's Standing Order Regarding the Duty of Self-Represented Parties to Keep Address Information Current, No. 24-MC-127.

      In addition, by separate Order today, the Court is referring this case to the assigned Magistrate Judge for general pretrial purposes to manage scheduling, discovery, non-dispositive pretrial motions and settlement matters. Magistrate Judges are judges selected by the District Judges to serve for terms of eight years. Magistrate Judges are highly qualified and very experienced.

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. If the parties consent to having the Magistrate Judge decide the case, the Magistrate Judge replaces the District Judge, thereby speeding up the resolution of the case (because only one judge instead of two will be involved in the case). Any appeal from a

Magistrate Judge's decision following consent is directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the entering an appearance**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754). If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. An information sheet on proceedings before magistrate judges is also attached to this Order.

If any party does not consent to having the Magistrate Judge decide this case, there will be no adverse consequences. If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date on which Defendant enters an appearance** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.

Finally, the Court notes that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("City Bar Justice Center") provides free limited-scope legal services to self-represented litigants (plaintiffs and defendants) with civil cases in the U.S. District Court for the Southern and the Eastern Districts of New York who cannot afford to hire an attorney. The City Bar Justice Center may be able to provide Plaintiff with advice in connection with this case.  The City Bar Justice Center is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party

through the *Pro Se* Intake Unit). For more information on obtaining legal assistance through the City Bar Justice Center, Plaintiff can visit the following websites:

https://nysd.uscourts.gov/attorney/legal-assistance

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

SO ORDERED.

Dated: July 10, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge