USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

             Plaintiff,

   -v-

MICHELLE RODRIGUEZ, *et al.*,

             Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 15, 2025, the Court received a letter dated July 14 from Plaintiff, who is proceeding *pro se*. Dkt. No. 12. In the letter, Plaintiff expressed his concern that Defendants had not been properly served and requested leave for alternative service. *Id.*

To the extent that Plaintiff is moving for alternative service, the motion is denied as moot. Counsel for all named defendants have now entered appearances. Dkt. Nos. 13, 16, 17.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1