USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

                Plaintiff,

    -v-

MICHELLE RODRIGUEZ, *et al.*,

                Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff, proceeding *pro se*, has filed two letters, ECF Nos. 20 and 22, advising the Court of recent developments in a state court proceeding in which he is the plaintiff, which he characterizes as "continued procedural interference and obstruction." ECF No. 22 at 1. Additionally, Plaintiff objects to the extension request filed by Defendant Katz. ECF No. 20 at 2.

    Plaintiff's objection to the requested extension is moot because the extension has been granted. ECF No. 18. Additionally, Plaintiff's updates on his state court proceeding are neither necessary nor welcome, and no party should respond to them, unless the Court requests a response.

    Finally, Plaintiff filed a notice, ECF No. 23, suggesting that he intends to remove to federal court a state court action *in which he is the plaintiff*. The statute that Plaintiff cites, 28 U.S.C. § 1443, provides for removal "by the defendant." Plaintiff is warned an order remanding a case back to state court may require the

1

payment of just costs and actual expenses, including attorney fees, incurred as a result of the removal, 28 U.S.C. 1447(c).

**SO ORDERED.**

Dated: July 21, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge