```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

                Plaintiff,

    -v-

MICHELLE RODRIGUEZ, *et al.*,

                Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff filed a motion seeking, *inter alia*, an order to preserve certain communications between the parties, the disclosure of any agreements concerning the defense of this action, and a conference to discuss the foregoing. ECF No. 29. Plaintiff's motion is denied. To start, this motion is premature because discovery has not begun. Additionally, there does not appear to be any basis for Court intervention. Contrary to Plaintiff's suggestion, there is nothing unusual or inherently improper about cooperation between defendants in a litigation. All parties, including Plaintiff, are encouraged to cooperate in the conduct of this case.

    Additionally, Plaintiff continues to provide updates as to state court filings. *See* ECF No. 30. As noted in ECF No. 25, these updates are neither required nor welcome. No other party should respond to them unless the Court requests a response. Plaintiff is cautioned that vexatious filings could provide

1

grounds to deny his pending Motion for Permission for Electronic Case Filings, ECF No. 26.

The Clerk of Court is respectfully directed to close the motion at ECF No. 29 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge