USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

                Plaintiff,

    -v-

MICHELLE RODRIGUEZ, *et al.*,

                Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff, who is proceeding pro se, filed a motion seeking an order to preserve certain evidence and communications between the parties. ECF No. 41. Plaintiff previously sought an order seeking similar relief, which was denied. ECF Nos. 29, 32. In denying that order, the undersigned found that such an order was premature both because discovery had not begun and because there "did not appear to be any basis for Court intervention." *Id.*

    For these same reasons, Plaintiff's renewed motion is denied. The case remains in the pre-discovery phase, and the extraordinary relief that Plaintiff seeks is not warranted.

The Clerk of Court is respectfully directed to close the motion at ECF No. 41 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 28, 2025

New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge