```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

                Plaintiff,

-v-

MICHELLE RODRIGUEZ, *et al.*,

                Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's September 26, 2025 letter (the "Letter"). ECF No. 45. As the Court has previously warned, general status updates are not required nor welcome, and no party should respond to the Letter. *See* ECF Nos. 25, 32.

    To the extent that in filing the Letter, Plaintiff seeks to begin discovery, that request is **DENIED** as premature.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: September 29, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge