UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO MENDEZ-NOUEL,

                Plaintiff,

-v-

MICHELLE RODRIGUEZ, *et al.*,

                Defendants.

**ORDER**

25-CV-5439 (JAV) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

    On October 24, 2025, Defendants Margaret Donohoe, Paul Talbert, and Lisa Gardner (the "Attorney Defendants") filed a letter motion requesting leave to file a redacted exhibit. ECF No. 52. The Attorney Defendants' request is **GRANTED**. The Attorney Defendants are directed to re-file their motion to dismiss, including the memorandum of law, all supporting documents, and exhibits—including the redacted version of ECF No. 48-8, which is currently under seal—by **November 13, 2025**.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48 as **MOOT** to avoid duplicative entries of the Attorney Defendants' motion on the docket. The Clerk of Court is also respectfully directed to terminate the letter motion at ECF No. 52 as **GRANTED**.

**SO ORDERED.**

Dated: November 7, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge